## United States District Court for the Northern District of Illinois

Case Number: 08cv2325    Assigned/Issued By: j. n.

Judge Name:    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☐ Alias Summons
☐ Third Party Summons                    ☐ Lis Pendens
☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
☑ Citation to Discover Assets            _____
                                         (Victim, Against and $ Amount)
☐ Writ _____
      (Type of Writ)

_1_ Original and _1_ copies on _4/25/08_ as to _defendant (no notice filed)_
                              (Date)

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05