### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MARK ROYAL and VICKI ROYAL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.  08 CV 2325 |
| ) | Hon. Suzanne B. Conlon |
| AMERICAN INTERNATIONAL ) | JURY DEMANDED |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Greenberg Traurig, LLP ("Greenberg Traurig"), and its attorneys Anthony L. Abboud ("Mr. Abboud") and Paul A. Del Aguila ("Mr. Del Aguila") (collectively, the "Movants") respectfully request that they be permitted to withdraw as counsel of record for plaintiffs, Mark Royal and Vicki Royal (the "Royals"), and in support of this Motion, state as follows:

1. On April 23, 2008, Greenberg Traurig filed the instant action on behalf of the Royals through its attorneys Mr. Abboud and Mr. Del Aguila.

2. Since the filing of the Complaint, Greenberg Traurig has determined that it must withdraw as counsel in this matter.

3. Greenberg Traurig advised the Royals of the firm's intention to withdraw as counsel shortly after the filing of the Complaint and has assisted the Royals in finding replacement counsel.

4. The Royals have retained new counsel, at the Chicago firm of Ungaretti & Harris LLP, to represent them in this action.

5.      Defendant, American International Insurance Company ("AIIC"), has not yet been served with process in this matter.

6.      The Royals' new counsel has engaged in discussions regarding this case with AIIC and its counsel.

7.      Movants request that, if this Motion is granted, the Royals be given sufficient time to have new counsel make an appearance in this case.

8.      Accordingly, none of the parties will be prejudiced by the granting of this Motion.

9.      This Motion is not submitted for purpose of delay or any other improper purpose.

WHEREFORE, the Movants hereby request that Greenberg Traurig and its attorneys, Mr. Abboud and Mr. Del Aguila, be permitted to withdraw as counsel and that they be relieved of all further responsibility for this action.

Dated:  June 13, 2008

Respectfully submitted,

By:     /s/ Anthony L. Abboud

Anthony L. Abboud
Paul A. Del Aguila
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8435