# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2325 | **DATE** | 6/17/2008 |
| **CASE TITLE** | MARK ROYAL, ET AL vs. AMERICAN INTERNATIONAL INSURANCE COMPANY | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to July 22, 2008 at 9:00 a.m. Plaintiffs shall serve defendant before July 22, 2008 and advise defendant in writing of next status date.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|