IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK ROYAL and VICKI ROYAL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  08 CV 2325 |
| | ) | Hon. Suzanne B. Conlon |
| AMERICAN INTERNATIONAL INSURANCE COMPANY | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Mark Royal
    Vicki Royal
    1526 Sheridan Road
    Highland Park, Illinois  60035

    PLEASE TAKE NOTICE that on Thursday, July 3, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable Suzanne B. Conlon, Courtroom 1743, at the U.S. District Court, Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**, a copy of which is attached hereto and hereby served upon you.

Dated:  June 26, 2008                                  Respectfully submitted,


                                                       By:      /s/ Anthony L. Abboud


Anthony L. Abboud
Paul A. Del Aguila
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8435

**CERTIFICATE OF SERVICE**

    I, Anthony L. Abboud, an attorney, certify that on June 26, 2008, caused a true and correct copy of **NOTICE OF MOTION and MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** to be served on the following individuals by depositing that document in the United States mail, first class, postage pre-paid at the offices of Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 2500, Chicago, Illinois 60601:

        Mark Royal
        Vicki Royal
        1526 Sheridan Road
        Highland Park, Illinois  60035

        /s/ Anthony L. Abboud