IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK ROYAL and VICKI ROYAL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  08 CV 2325 |
| | ) | Hon. Suzanne B. Conlon |
| AMERICAN INTERNATIONAL | ) | JURY DEMANDED |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION FOR SUBSTITUTION OF COUNSEL</u>**

Plaintiffs, Mark Royal and Vicki Royal (the "Royals"), by their undersigned attorneys, hereby move this Court for entry of an order granting Anthony L. Abboud ("Mr. Abboud"), Paul A. Del Aguila ("Mr. Del Aguila"), and their law firm, Greenberg Traurig, LLP, leave to withdraw as counsel of record in this matter for the Royals; and granting attorneys Dean Polales, Stephen Hoke, and Rich Tilghman of Ungaretti & Harris leave to file their appearances as counsel of record for the Royals.  In support of this Motion, the Royals state as follows:

1. Mr. Abboud and Mr. Del Aguila currently have an appearance on file in this matter for the Royals.

2. The Royals have consented to the withdrawal of Mr. Del Aguila and Mr. Abboud, and their law firm, Greenberg Traurig, LLP, and seek to substitute their counsel of record in this matter.

3. Specifically, the Royals seek to substitute the appearances of Dean Polales, Stephen Hoke, and Rich Tilghman, of the law firm Ungaretti & Harris, and ask this Court on behalf of their new counsel for leave to file those appearances, *instanter*.

4. The Royals do not believe that any of the parties would be prejudiced by the substitution requested herein, and this request is not made for the purposes of delay.  In fact, this matter is at its initial stages and Defendant, American International Insurance Company, has yet to file an appearance in this case.

WHEREFORE, the Royals respectfully request that the Court enter an Order:  (1) approving the withdrawal from this action of Anthony L. Abboud, Paul A. Del Aguila, and their law firm, Greenberg Traurig, LLP, on behalf of the Royals; (2) relieving Mr. Abboud, Mr. Del Aguila and Greenberg Traurig of all further responsibility for this action; (3) substituting Dean Polales, Stephen Hoke, and Rich Tilghman of Ungaretti & Harris as counsel of record for the Royals; and (4) granting them leave to file their appearances on behalf of the Royals.

Dated:  July 18, 2008

                                      MARK ROYAL and VICKI ROYAL


                              By:    /s/ Anthony L. Abboud
                                  One of Their Attorneys

Anthony L. Abboud
Paul A. Del Aguila
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601