IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK ROYAL and VICKI ROYAL, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No.  08 CV 2325 |
| | ) Hon. Suzanne B. Conlon |
| AMERICAN INTERNATIONAL INSURANCE COMPANY | ) JURY DEMANDED ) ) |
| Defendant. | ) |

### NOTICE OF MOTION

To:

| | |
|---|---|
| Mark Royal | Dean Polales |
| Vicki Royal | Stephen Hoke |
| 1526 Sheridan Road | Rich Tilghman |
| Highland Park, Illinois | 3500 Three First National Plaza |
| 60035 | 70 West Madison |
| | Chicago, IL 60602 |

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable Suzanne B. Conlon, Courtroom 1743, at the U.S. District Court, Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **MOTION FOR SUBSTITUTION OF COUNSEL**, a copy of which is attached hereto and hereby served upon you.

                                        MARK ROYAL and VICKI ROYAL


                                        By:    /s/ Anthony L. Abboud
                                                  One of Their Attorneys

Anthony L. Abboud
Paul A. Del Aguila
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

I, Anthony L. Abboud, an attorney, certify that on July 18, 2008, caused a true and correct copy of **NOTICE OF MOTION and MOTION FOR SUBSTITUTION OF COUNSEL** to be served on the following individuals by depositing that document in the United States mail, first class, postage pre-paid at the offices of Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 2500, Chicago, Illinois 60601, and via electronic mail:

> Mark Royal (Mark_Royal@transwestern.net)
> Vicki Royal (vickimw@aol.com)
> 1526 Sheridan Road
> Highland Park, Illinois  60035
>
> Dean Polales (DJPolales@uhlaw.com)
> Stephen Hoke (SHoke@uhlaw.com)
> Rich Tilghman (rhtilghman@uhlaw.com)
> 3500 Three First National Plaza
> 70 West Madison
> Chicago, IL 60602

                        /s/ Anthony L. Abboud