# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2325 | **DATE** | 7/22/2008 |
| **CASE TITLE** | MARK ROYAL, ET AL vs. AMERICAN INTERNATIONAL INSURANCE COMPANY | | |

**DOCKET ENTRY TEXT**

Status and motion hearings held. Attorneys Anthony L. Abboud and Paul A. Del Aguila's motion for leave to withdraw as counsel [10] and plaintiffs' motion for substitution of attorneys Dean Polales, Stephen Hoke and Rich Tilghman [17] are granted. Status hearing is continued to July 28, 2008 at 9:00 a.m. to *set discovery and trial schedule.*

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-02325  Document 19  Filed 07/22/2008  Page 1 of 1

08C2325 MARK ROYAL, ET AL vs. AMERICAN INTERNATIONAL INSURANCE COMPANY    Page 1 of 1