U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 1:08-cv-02325
MARK ROYAL and VICKI ROYAL, Plaintiffs
v.
AMERICAN INTERNATIONAL INSURANCE COMPANY,
Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AMERICAN INTERNATIONAL INSURANCE COMPANY

| NAME (Type or print) |
| --- |
| CRAIG A. JACOBSON |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Craig A. Jacobson |
| FIRM |
| CLAUSEN MILLER P.C. |
| STREET ADDRESS |
| 10 SOUTH LA SALLE STREET, SUITE 1600 |
| CITY/STATE/ZIP |
| CHICAGO, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6277707 | 312/855-1010 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐