U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 CV 2325
MARK ROYAL and VICKI ROYAL,
             v.
AMERICAN INTERNATIONAL INSURANCE COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PLAINTIFFS, MARK ROYAL and VICKI ROYAL**

| | |
|---|---|
| NAME (Type or print)<br>Dean J. Polales | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dean J. Polales | |
| FIRM<br>Ungaretti & Harris LLP | |
| STREET ADDRESS<br>3500 Three First National Plaza | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03125505 | TELEPHONE NUMBER<br>312-977-4883 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |