# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2325 | **DATE** | 7/28/2008 |
| **CASE TITLE** | MARK ROYAL, ET AL vs. AMERICAN INTERNATIONAL INSURANCE COMPANY | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(a)(1) by August 27, 2008. Plaintiffs shall comply with FRCP 26(a)(2) by November 25, 2008; defendant shall comply with FRCP 26(a)(2) by January 12, 2009. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on February 6, 2009. Submission of the joint final pretrial order and agreed pattern jury instructions is set on February 19, 2009 at 9:00 a.m.; plaintiffs' draft shall be submitted to defendant by February 12, 2009. The case is placed on the March trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|